```
                              FILED          RECEIVED
                              ENTERED        SERVED ON
                                       COUNSEL/PARTIES OF RECORD

                                    MAY 3 1 2012

                                    CLERK US DISTRICT COURT
                                     DISTRICT OF NEVADA
                              BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 3:12-CR-011-HDM (VPC) |
| ANTHONY GILBERT THOMPSON, ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

On February 16, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253, based upon the plea of guilty by defendant ANTHONY GILBERT THOMPSON to the criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant ANTHONY GILBERT THOMPSON pled guilty. Criminal Indictment, ECF No. 1; Preliminary Order of Forfeiture, ECF No. 14; Change of Plea Minutes, ECF No. 15; Memorandum of Plea Negotiations, ECF No. 16.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 23, 2012, through March 23, 2012, notifying all known third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 18.

. . .

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section
9  853(n)(7) and shall be disposed of according to law:

10  1.  One E-Machine Laptop Computer;
11  2.  One Silver USB Memory Stick;
12  3.  One Toshiba Hard Drive;
13  4.  One Unnamed Hard Drive;
14  5.  Various computer peripherals; and
15  6.  any book, magazine, periodical, film, videotape, or other matter which
16      contains any such visual depiction, which was produced, transported, mailed,
17      shipped, or received in violation of Title 18, United States Code, Section
18      2252A(a)(5)(B).

19  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
20  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
21  as any income derived as a result of the United States of America's management of any property
22  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
23  according to law.

24  . . .
25  . . .
26  . . .

1 | The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2 | certified copies to the United States Attorney's Office.

3 | DATED this ___31st___ day of ___May___, 2012.

_____
UNITED STATES DISTRICT JUDGE